JS-6

Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ANTHONY VALLIER, JR.,<br><br>Petitioner,<br><br>vs.<br><br>RALPH DIAZ (Warden),<br><br>Respondent. | Case No. CV 12-9405-JGB (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice for failure to exhaust state remedies pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: December 2, 2013

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE